**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION<br><br>This document relates to:<br><br>08 Civ. 8920<br>08 Civ. 8235 | 08-md-1945 (RJH) |

<u>**NOTICE OF WITHDRAWAL OF OLIVIA S. CHOE**</u>

To the Court, all parties, and to their attorneys of record:

PLEASE TAKE NOTICE that Olivia S. Choe is hereby withdrawn as counsel of record in the above referenced matters.

Dated: February 17, 2009          Respectfully submitted,

 /s/ Olivia S. Choe
Olivia S. Choe
olivia.choe@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, MA  02110
Phone: (617) 951-7000
Fax:    (617) 951-7050

*Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.*