UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/09

---------------------------------------- x
NING YU, On Behalf of Himself and All
Others Similarly Situated,

                Plaintiff,

vs.

STATE STREET CORPORATION, et al.,

                Defendants.
---------------------------------------- x

Civil Action No. 1:08-cv-08235-RJH

Relates to MDL No. 1945

CLASS ACTION

## STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT, MOTION TO DISMISS AND RELATED BRIEFING

WHEREAS, on January 15, 2009, the Court entered an Order appointing Anatoly Alexander as Lead Plaintiff and approving his selection of Coughlin Stoia Geller Rudman & Robbins LLP and Dyer & Berens LLP as Lead Counsel;

WHEREAS, also on January 15, 2009, the Court ordered that Lead Plaintiff is to file his Amended Complaint on or before February 5, 2009, Defendants are to file their Motions to Dismiss the Amended Complaint on February 26, 2009, Lead Plaintiff is to file his Opposition to Defendants' Motions to Dismiss on March 19, 2008 and Defendants' Reply briefs are to be filed on April 2, 2009

WHEREAS, Lead Plaintiff respectfully requests an eight day extension of time to file his Amended Complaint and such extension will not cause any undue delay in this action;

WHEREAS, Defendants consent to Lead Plaintiff's request; and

WHEREAS, there have been no prior requests to extend the time for the filing of the Amended Complaint;

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1. Lead Plaintiff shall file his Amended Complaint on or before February 13, 2009;

2. Defendants shall file their Motions to Dismiss on or before March 6, 2009;

3. Lead Plaintiff shall file his Opposition to Defendants' Motions to Dismiss on or before March 27, 2009; and

4. Defendants' shall file their Reply briefs on or before April 10, 2009.

DATED: February 3, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN

EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
682 Grant Street
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)

*Co-Lead Counsel*

DATED: February 3, 2009

ROPES & GRAY LLP
CHRISTOPHER G. GREEN
JOHN D. DONOVAN, JR
HARVEY J. WOLKOFF
ROBERT A. SKINNER
OLIVIA S. CHOE

*Robert Skinner / w/ permission ETK*
ROBERT A. SKINNER

One International Place
Boston, MA 02110
Telephone: 617/951-7000
617/951-7050 (fax)

*Counsel for Defendants*
*State Street Corporation, State Street Global*
*Advisors, Agustin J. Fleites, Peter G. Leahy, Mark*
*E. Swanson, Donald A. Gignac, Karen D. Gillogly,*
*James E. Ross, Gary L. French, William L. Boyan*
*Michael F. Holland, Rina K. Spence and*
*Douglas T. Williams*

DATED: February 3, 2009

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
THOMAS J. DOUGHERTY
PETER SIMSHAUSER

*Peter Simshauser / ETK w/ permission*
PETER SIMSHAUSER

One Beacon Street
Boston, MA 02108
Telephone: 617/573-4800
617/573-4822 (fax)

*Counsel for Defendants*
*Lynn L. Anderson, Steven J. Mastrovich,*
*William L. Marshall, Patrick J. Riley,*
*Bruce D. Taber, Richard D. Shirk and*
*Henry W. Todd*

* * *

## ORDER

IT IS SO ORDERED.

DATED: __2/11/09__                    _____
                                      THE HONORABLE RICHARD J. HOLWELL
                                      UNITED STATES DISTRICT JUDGE