**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | Civil Action No. 08-md-1945 |
| NING YU, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 08-cv-08235-RJH<br>(Relates to 08-md-1945) |
| PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 HEALTH & WELFARE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 08-cv-07934-RJH<br>(Relates to 07-cv-8488) |

**STATE STREET'S MOTION TO DISMISS**
**CLASS ACTION SECURITIES COMPLAINTS**

11642570.DOC

Defendants State Street Corporation, State Street Global Advisors, SSgA Funds, Peter G. Leahy, James Ross and Mark E. Swanson (collectively, "State Street"), based upon the accompanying Memorandum of Law in Support of State Street's Motion to Dismiss, the accompanying Declaration of Robert A. Skinner in Support of State Street's Motion to Dismiss, dated March 11, 2009, and its Exhibits A through G, and upon all the pleadings and proceedings heretofore had herein, State Street hereby moves this Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing plaintiffs' Amended Class Action Complaints in the *Yu* and *Plumbers* actions in their entirety.  As grounds for its motion, State Street respectfully submits that each of plaintiffs' claims fails as a matter of law for one or more of the following reasons:  for failure to state a claim; and for failure to plead fraud with particularity.

Dated:  March 11, 2009                              Respectfully submitted,

                                                     ROPES & GRAY LLP

                                       By  /s/ John D. Donovan, Jr.
                                              John D. Donovan, Jr.
                                              Harvey J. Wolkoff
                                              Robert A. Skinner
                                              One International Place
                                              Boston, Massachusetts 02110
                                              (617) 951-7000
                                              john.donovan@ropesgray.com
                                              harvey.wolkoff@ropesgray.com
                                              robert.skinner@ropesgray.com

                                              *Attorneys for Defendants*
                                              *State Street Corporation, State Street Global*
                                              *Advisors, SSgA Funds, Peter G. Leahy,*
                                              *James Ross and Mark E. Swanson*