UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | : : : : | MDL No. 1945 |
| NING YU, On Behalf of Himself and All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | No. 08 Civ. 8235 (RJH)(DFE) |
| vs. | : : | **ECF CASE** |
| STATE STREET CORPORATION, et al., | : : | **Electronically Filed** |
| Defendants. | : : | |
| PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 HEALTH & WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : : : | |
| Plaintiff, | : : | No. 08 Civ. 7934 (RJH)(DFE) |
| vs. | : : | **ECF CASE** |
| STATE STREET CORPORATION, et al., | : : | **Electronically Filed** |
| Defendants. | : : | |

### INDEPENDENT TRUSTEES' NOTICE OF
### MOTION TO DISMISS THE AMENDED COMPLAINTS

PLEASE TAKE NOTICE that, upon the Amended Complaints; the accompanying Memorandum of Law; and upon all prior papers, Defendants Lynn L. Anderson, Steven J. Mastrovich, William L. Marshall, Patrick J. Riley, Bruce D. Taber, Richard D. Shirk and Henry W. Todd, through the undersigned, will move this Court before the Honorable Richard J. Holwell, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order dismissing the Amended Complaints filed

in the above-captioned actions in their entirety with prejudice pursuant to Rule 12(b)(6) of the

Federal Rules of Civil Procedure and the Securities Act of 1933, 15 U.S.C. §§ 77a et seq.

| | |
|---|---|
| Dated: March 11, 2009<br>New York, New York | Respectfully submitted, |

/s/ Thomas J. Dougherty
Thomas J. Dougherty
Peter Simshauser
Michael S. Hines
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
dougherty@skadden.com
psimshau@skadden.com
mhines@skadden.com

    -- and --

One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800

Counsel for Defendants
Lynn L. Anderson, Steven J. Mastrovich,
William L. Marshall, Patrick J. Riley, Bruce D.
Taber, Richard D. Shirk and Henry W. Todd

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing.  I further certify that on March 11, 2009, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid upon the following counsel:

    Robert J. Dyer III
    Jeffrey A. Berens
    DYER & BERENS LLP
    682 Grant Street
    Denver, CO  80203

    *Co-Lead Counsel for Plaintiff Ning Yu*

    Corey D. Holzer
    Michael I. Fistel, Jr.
    HOLZER HOLZER & FISTEL, LLC
    1117 Perimeter Center West, Suite E-107
    Atlanta, GA  30338

    *Counsel for Plaintiff Ning Yu*

Dated:  March 11, 2009                       /s/ Thomas J. Dougherty
                                                                   Thomas J. Dougherty