USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE F..   3/3/10

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NING YU, On Behalf of Himself and All Others
Similarly Situated,

                         Plaintiffs,

        -against-

STATE STREET CORPORATION, et al.,
                         Defendants.

-----------------------------------------------------------X

08 MDL No. 1945

**08 CIVIL 8235 (RJH)**

## JUDGMENT

Defendants having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on February 22, 2010, having rendered its Memorandum Opinion and Order granting defendants' motions to dismiss the complaint, and dismissing those claims with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 22, 2010, defendants' motions to dismiss the complaint is granted, and those claims are dismissed with prejudice; accordingly, the case (08 Civ. 8235) is closed.

**Dated:** New York, New York
           March 3, 2010

                                   **J. MICHAEL McMAHON**
                                   _____
                                   **Clerk of Court**

                         BY:       _____
                                   **Deputy Clerk**

                         THIS DOCUMENT WAS ENTERED
                         ON THE DOCKET ON _____