UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | : MDL No. 1945 |
| NING YU, On Behalf of Himself and All Others Similarly Situated, | : Civil Action No. 1:08-cv-08235-RJH (Relates to MDL No. 1945) |
| Plaintiff, | : <u>CLASS ACTION</u> |
| vs. | |
| STATE STREET CORPORATION, et al., | |
| Defendants. | |

NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S "WITH PREJUDICE" DISMISSAL OF LEAD PLAINTIFF ANATOLY ALEXANDER'S COMPLAINT AND MOTION FOR LEAVE TO AMEND

PLEASE TAKE NOTICE that Lead Plaintiff Anatoly Alexander will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A) granting reconsideration of the Court's February 22, 2010 Memorandum Opinion and Order that dismissed the Amended Complaint and allow for leave to amend. Plaintiff submits herewith a Memorandum of Law and Declaration of Evan J. Kaufman is support of the Motion, dated March 17, 2010.

DATED: March 17, 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
MARK S. REICH

      */s/ Evan J. Kaufman*
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)

*Co-Lead Counsel for Plaintiff*

HOLZER HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090"
770/392-0029 (fax)

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2010, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Mark S. Reich*
MARK S. REICH