|  | x |  |
|---|---|---|
| In re STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | : : : : | MDL No. 1945 |
| NING YU, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:08-cv-08235-RJH (Relates to MDL No. 1945) |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : |  |
| STATE STREET CORPORATION, et al., | : : |  |
| Defendants. | : : |  |
|  | x |  |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S "WITH PREJUDICE" DISMISSAL OF LEAD PLAINTIFF ANATOLY ALEXANDER'S COMPLAINT AND MOTION FOR LEAVE TO AMEND**

# DOCUMENT FILED UNDER SEAL