```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK & TRUST
CO. ERISA LITIGATION

This Order relates to:
All actions

MDL No. 08-1945
07 Civ. 8488 (RJH)

**ORDER**

---

In accordance with the Court's prior order dated April 3, 2009 **[157]**, the motions of Deborah A. Ellingboe **[142]**, Justin P. Krypel **[143]**, and Steven L. Severson **[152]** to appear *pro hac vice* are granted. The Clerk is requested to close these motions.

SO ORDERED.

Dated: New York, New York
       March 16, 2010

_____
Richard J. Holwell
United States District Judge