# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case #
08-cv-8235(RJH)

_____

       At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of November, two thousand eleven.

Before:       Raymond J. Lohier,
                 *Circuit Judge*
_____

Anatoly Alexander,

       *Plaintiff-Appellant,*                  **ORDER**

Ning Yu,                          Docket No. 11-1908

       *Plaintiff,*

       v.

State Street Corp., Agustin J. Fleites, Peter G. Leahy,
Mark E. Swanson, Donald A. Gignac, Karen D. Gillogly,
James E. Ross, Gary L. French, William L. Boyan,
Michael F. Holland, Douglas T. Williams,
State Street Global Advisors, Lynn L. Anderson,
Steven J. Mastrovich, William L. Marshall,
Patrick J. Riley, Bruce D. Taber, Richard D. Shirk,
Henry W. Todd, SSgA Funds, Rina K. Spence,

       *Defendants - Appellees.*
_____

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: November 14, 2011

       IT IS HEREBY ORDERED that the joint motion for limited remand of this action to the Hon. Richard J. Holwell of the United States District Court of the Southern District of New York for the purpose of considering and approving a settlement agreement is GRANTED. Pursuant to FRAP 12.1, this Court retains jurisdiction and the parties must promptly notify the Court when the District Court has reached a decision.

                               FOR THE COURT:
                               CATHERINE O'HAGAN WOLFE, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/10/2011