UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | : : : : : | MDL No. 1945 |
| NING YU, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:08-cv-08235-PAC (Relates to MDL No. 1945) |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : : |  |
| STATE STREET CORPORATION, et al., | : : |  |
| Defendants. | : : |  |

LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT

697263_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Settlement Agreement with exhibits, and all prior proceedings had herein, Lead Plaintiff, by and through his attorneys, hereby moves the Court, before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order granting preliminary approval of the proposed settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e).

DATED: March 27, 2012

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ekaufman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

- 1 -

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: 303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

Attorneys for Plaintiff

- 2 -

697263_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2012.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-08235-PAC-JLC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Olivia S. Choe**
  olivia.s.choe@usdoj.gov

- **John D. Donovan , Jr**
  jdonovan@ropesgray.com,sampleplead@ropesgray.com,CourtAlert@ropesgray.com

- **Thomas James Dougherty**
  dougherty@skadden.com,rmarkow@skadden.com,tholden@skadden.com

- **Christopher G. Green**
  christopher.green@ropesgray.com,sampleplead@ropesgray.com,CourtAlert@ropesgray.com

- **Michael S. Hines**
  michael.hines@skadden.com,tholden@skadden.com,richard.markow@skadden.com

- **Evan Jay Kaufman**
  ekaufman@rgrdlaw.com

- **Daniel J. Maher**
  djmaher@ropesgray.com,CourtAlert@ropesgray.com

- **Lila A. Palmer**
  lila.palmer@ropesgray.com,CourtAlert@ropesgray.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com,lwolahan@shulaw.com

- **Robert A. Skinner**
  rskinner@ropesgray.com,robert.skinner@ropesgray.com,sampleplead@ropesgray.com,CourtAlert@ropesgray.com

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Carolina Cecilia Torres**
  ctorres@csgrr.com

- **Harvey J. Wolkoff**
  hwolkoff@ropesgray.com,CourtAlert@ropesgray.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in

order to create notices or labels for these recipients.

**Robert J. Dyer**
Dyer & Berens, L.L.P.
682 Grant Street
Denver, CO 80203

**Peter Simshauser**
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
31st floor
Boston, MA 02108