**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case # 08-cv-8235(RJH)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand and thirteen,

_____

Anatoly Alexander,

      Plaintiff-Appellant,

Ning Yu,

      Plaintiff,

v.

State Street Corp., Agustin J. Fleites, Peter G. Leahy, Mark E. Swanson, Donald A. Gignac, Karen D. Gillogly, James E. Ross, Gary L. French, William L. Boyan, Michael F. Holland, Douglas T. Williams, State Street Global Advisors, Lynn L. Anderson, Steven J. Mastrovich, William L. Marshall, Patrick J. Riley, Bruce D. Taber, Richard D. Shirk, Henry W. Todd, SSgA Funds, Rina K. Spence,

      Defendants - Appellees.

_____

ORDER
Docket No. 11-1908

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 28, 2013

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/28/2013